## AFFIDAVIT OF JOSEPH BRYANT

JOSEPH BRYANT, of full age, duly says:

1. I am an adult individual and the father of Kobe Bryant.

2. On December 27, 2012, my wife contacted Kenneth Goldin of Goldin Auctions and offered for sale items from my son's childhood, high school basketball career and entry into the National Basketball Association. Goldin Auctions agreed to offer them for sale by consignment agreement.

3. The items include by way of example, the red maroon Lower Merion High School (LMHS) basketball uniform (shorts and jersey) from Kobe Bryant wore his freshmen year, two complete #33 LMHS uniforms (shorts and jersey) worn during his high school career, six rings including: a 1996 High School McDonald's All-American ring, 1996 High School State Championship ring, 1998 and 2000 NBA All-Star rings, a team issued Kobe Bryant 2000 Lakers championship ring, '93-'94, '94-'95 and '95-'96 LMHS MVP plaques, 1996 Gatorade High School Player of the Year plaque, several LMHS practice jerseys, sweat suit tops, warm-up jerseys, multiple LMHS Varsity Letters awarded for basketball, a LMHS Central League Champions jacket, Italian Rieti #44 jersey.

4. Most of the sports memorabilia that my wife consigned to Goldin Auctions were located in our possession for over fifteen years.

5. Of the sports memorabilia, the 2000 championship rings were designed for me and my wife and given to us by Kobe. The remaining items in dispute were all given by Kobe to my wife.

6. By way of background, Pamela Bryant and I lived in Pennsylvania from approximately 1974 until 1996 when we moved to California to support Kobe's career. When

we moved to California, we kept our house in Pennsylvania, where the items from Kobe's high school career continued to be stored. Kobe never moved those items to California because he had given them to his mother. My son gave my wife these items over the years stating "here mom, these are for you".

7. Beginning in 1996, we lived in Kobe's house on Lachman Lane, Pacific Palisades, California. During that time, additional memorabilia was given by Kobe to my wife and stored with us in the Lachman Lane house.

8. Shortly after Kobe and his wife Vanessa met, my wife and I were asked to leave Kobe's house in California, which we did and then moved back to our house in Pennsylvania. Kobe directed and arranged for our belongings to be moved out of his California home and driven to our house in Pennsylvania, including the memorabilia we had with us in California. We were not in charge of the packing and moving process. The moving company Kobe hired delivered all our belongings, including the memorabilia, to our house in Pennsylvania. The items delivered, which belonged to my wife, include the trophy and the Teen Choice Award Surfboard Kobe and Vanessa now allege were taken out of their personal residence without his permission. These items were given to my wife by Kobe.

9. In approximately 2005, Kobe and his wife Vanessa were in Philadelphia for a basketball game versus the Philadelphia 76ers. During that visit, they came to our house in Pennsylvania. My wife told Vanessa in front of me that she wanted to take them upstairs to see all the memorabilia and to see if Kobe and Vanessa wanted to take any of the memorabilia for their home in California. On that day, they went upstairs to look at the memorabilia. Kobe and Vanessa left our house without taking any of the memorabilia. When my wife came back

downstairs, she told me that Vanessa had said that the items were from Kobe's past and they did not want them.

10.   Kobe commented to me on several occasions that we had a lot of things in our house. I had suggested to my son on many occasions that it would be nice for him to take some of the memorabilia he had given to his mother and set up a room in his California house to display the items. He declined to do so.

11.   Approximately five years ago, when we sold our house in Pennsylvania in 2008, we put all the items in a storage unit in New Jersey.

12.   After we sold our Pennsylvania house, I worked and lived overseas and my wife lived with our daughter and grandchildren. Kobe knew that all of our belongings were in storage and never asked for them back.

13.   We did not own any real estate from 2008-2013. In 2013, we used the advance obtained from Goldin Auctions to purchase a house in Las Vegas, Nevada. This is the only home we own.

14.   After that discussion, Kobe never discussed the items with us again. We paid to store and insure them at Sinclair Moving in West Berlin, New Jersey, at a cost of $1,500 per month.

15.   The information contained in the Affidavits of Kobe Bryant and Vanessa Bryant are not true. My son has never demanded the return of any of the items, nor were they in any way improperly taken from him without his permission. Neither Kobe nor Vanessa has ever requested that we return the items to them so that they can give it as family heirlooms to their children.

I certify that the above statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*[signature]*
JOSEPH BRYANT

Dated: May ____, 2013

Sworn to and subscribed before me this
____ MAY 0 9 2013 day of _____, 2013

*[signature]*
ATTY. SOCORRO MARICEL N. NEPOMUCENO
Notary Public until December 31, 2013
PTR No. 7611881 - Jan. 07, 2013/ Q.C.
IBP No. 84266/Roll No. 50756
MCLE No III-013133/Appointment #NP-236
3F Vargas Bldg. #103 Kalayaan Ave. Dil. QC

DOC. NO. 349
PAGE NO. 71
BOOK NO. 20
SERIES OF ___

4