## AFFIDAVIT OF MILDRED COX

MILDRED COX, of full age, duly says:

1. I am an adult individual and the maternal grandmother of Kobe Bryant.

2. In approximately 2005, Kobe and his wife Vanessa were in Philadelphia for a basketball game versus the Philadelphia 76ers. During that visit, they went to my daughter Pamela's house in Pennsylvania. I was also at my daughter's house during the visit.

3. On that day, Pamela expressed that she wanted to show Kobe and Vanessa the sports memorabilia upstairs in her house to see if they wanted to take anything with them back to California. They went upstairs to view the memorabilia. When they returned downstairs that day, Pamela took me aside and told me Kobe and Vanessa did not want anything. Kobe and Vanessa left the house without taking any of the memorabilia.

I certify that the above statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
MILDRED COX

Dated: May 8th, 2013

Sworn to and subscribed
before me this
___8th___ day of __May__, 2013

_____

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Brian J. Zavodnick, Notary Public
Upper Moreland Twp., Montgomery County
My Commission Expires May 16, 2013
Member, Pennsylvania Association of Notaries

3160941 v2