UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

| | |
|---|---|
| **CAMDEN OFFICE** | **DATE OF PROCEEDINGS** |
| **JUDGE RENÉE MARIE BUMB** | June 3, 2013 |
| **COURT REPORTER: TED FORMAROLI** | |
| | **Docket #**  13-cv-2816(RMB/JS) |

**TITLE OF CASE:**

GOLDIN AUCTIONS, LLC VS. BRYANT

**APPEARANCES:**

A. Fred Guttenberg, Esquire, Jeffrey A. Cohen, Esquire and Rachel Licausi, Esquire for plaintiff
Christian D. Carbone, Esquire, Mark Campbell, Esquire and Jodi Renee Sarowitz, Esquire for defendant

**NATURE OF PROCEEDINGS:** TELEPHONE CONFERENCE

Telephone Conference Held.

| | |
|---|---|
| Time commenced: 11:10a.m. | Time Adjourned: 11:20a.m. |
| | Total 10 Minutes |
| | s/ *Arthur Roney* <br> DEPUTY CLERK |

**cc: Chambers**